# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Michael Hollingsworth

     Plaintiff,

v.

United Collection Bureau, Inc.

     Defendant.

CASE NO.: 1:08-cv-247

JUDGE: Herman J. Weber

**NOTICE OF DISMISSAL
WITH PREJUDICE**

     Now comes Plaintiff, by and through counsel, and hereby dismisses the present

action pursuant to Fed. R. 41(a)(1)(i), with prejudice.  This notice is being filed before

Defendant has served an answer and therefore is appropriate for dismissal absent

stipulation by all parties.

                      RESPECTFULLY SUBMITTED,

                      Macey & Aleman, P.C.

                      By:___/s/ Jeffrey S. Hyslip__
                         Jeffrey S. Hyslip
                         Attorney for Plaintiff
                         The Sears Tower
                         Suite 5150
                         Chicago, IL 60606
                         Telephone: 1.866.339.1156
                         Jsh@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008 a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic

filing system to all parties indicated on the electronic filing receipt.  The following party

was served through U.S. Mail.  Parties may access this filing through the Court's system.

United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614

/s/ Jeffrey S. Hyslip