

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Michael Hollingsworth | CASE NO.: 1:08-cv-247 |
| Plaintiff, | JUDGE: Herman J. Weber |
| v. | |
| United Collection Bureau, Inc. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

*approved*
*HJWeber*
*s USDJ*
*6/24/08*

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    Jsh@legalhelpers.com